# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 836 | **DATE** | December 13, 2007 |
| **CASE TITLE** | USA vs. JESUS ESPARZA | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 12/13/2007. Defendant informed of rights. Enter order appointing Paul Flynn as counsel for defendant for initial appearance only. Government seeks detention. Detention hearing is set for 12/14/2007 at 2:30 pm.

00:15

| | Courtroom Deputy Initials: | JS |
|---|---|---|