# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Susan E. Cox | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 836 | **DATE** | December 14, 2007 |
| **CASE TITLE** | USA   vs.   JESUS ESPARZA | | |

**DOCKET ENTRY TEXT**

Detention hearing held . Preliminary examination hearing is set for January 4, 2008 at 10:00 am.  Bond is set at $10,000.00 own recognizance.

00:15

| | Courtroom Deputy Initials: | JS |
|---|---|---|