FILED
May 9, 2008
MAY 09 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.  07 CR 836 |
| | ) | 07cr836 |
| v. | ) | Hon. Susan E. Cox |
| | ) | United States Magistrate Judge |
| JESUS ESPARZA | ) | |

## GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Dismiss Complaint:

On December 13, 2007, the government filed a Criminal Complaint in this matter, charging JESUS ESPARZA with bank fraud in violation of Title 18, United States Code, Section 1344. On May 8, 2008, ESPARZA and a co-defendant were charged by information in Case Number 07 CR 583 for bank fraud in violation of Title 18, United States Code, Section 1344.

WHEREFORE, the government requests that the complaint issued by this court against JESUS ESPARZA be dismissed without prejudice.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

Dated: May 9, 2008

By: _____
STEVEN J. DOLLEAR
Assistant United States Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 353-5359

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   07 CR 836 |
| | ) | |
| v. | ) | Hon. Susan E. Cox |
| | ) | United States Magistrate Judge |
| JESUS ESPARZA | ) | |

### ORDER

The UNITED STATES OF AMERICA by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to dismiss the criminal complaints without prejudice,

IT IS HEREBY ORDERED THAT the Complaint against defendant JESUS ESPARZA, is dismissed without prejudice.

ENTER:

_____
SUSAN E. COX
United States Magistrate Judge

DATE:

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

### GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on MAY 9, 2008, to the following non-ECF filers:

JOSEPH DiNATALE
2501 DES PLAINES AVE., SUITE A
NORTH RIVERSIDE, IL 60546-1521

STEVEN J. DOLLEAR
Assistant United States Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 353-5359