## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 836 - 1 | **DATE** | 5/9/2008 |
| **CASE TITLE** | USA vs. Jesus Esparza | | |

**DOCKET ENTRY TEXT**

Government's motion to dismiss complaint without prejudice is granted. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | VKD |
|---|---|---|---|