

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.    07 CR 836 |
| | ) | |
| v. | ) | Hon. Susan E. Cox |
| | ) | United States Magistrate Judge |
| JESUS ESPARZA | ) | |

## ORDER

The UNITED STATES OF AMERICA by its attorney, PATRICK J. FITZGERALD,

United States Attorney for the Northern District of Illinois, having moved this Court to

dismiss the criminal complaints without prejudice,

IT IS HEREBY ORDERED THAT the Complaint against defendant JESUS

ESPARZA, is dismissed without prejudice.

ENTER:

SUSAN E. COX
United States Magistrate Judge

DATE:    MAY 0 9 2008